IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD EUGENE GARDNER, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil No. 12-00639-CG-B |
| COUNTY OF BALDWIN, *et al,* | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter is before the court on plaintiff's objection to the Magistrate Judge's Order granting the amendment of the complaint and denying the request to make all documents previously filed a part of the amended complaint. (Doc. 64). Having considered the Order, the objection and all matters pertinent thereto, the court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. The Order (Doc. 63) is therefore **AFFIRMED**.

**DONE** and **ORDERED** this 27th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE