# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD E. GARDNER, III, #283161, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 12-0639-CG-B |
| COUNTY OF BALDWIN, <u>et</u> <u>al.</u>, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that Defendant Baldwin County Commission be **DISMISSED with prejudice,** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because the claims against it are frivolous.

**DONE and ORDERED** this 29th day of May, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE