IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD EUGENE GARDNER, III, (AIS #283161), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 12-0639-CG-B |
| SHERIFF MACK, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, the Defendants' motion for summary judgment (Docs. 100, 101, 102, 103, 105) is **GRANTED**, and this action is **DISMISSED with prejudice**. Defendants' Joint Motion to Dismiss (Doc. 110) is **DENIED** as **MOOT**.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE