IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD EUGENE GARDNER, III, (AIS #283161), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CIVIL ACTION NO. 12-0639-CG-B |
| SHERIFF MACK, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendants, Dr. Charles E. Sherman, Sheriff Huey Mack, Captain Jimmie Bennett and Nurse Carla Wasdin, and against Plaintiff, Donald Euguene Garnder, III.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE